FILED
CLERK, U.S. DISTRICT COURT
10/20/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00491-ODW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1708: Possession of Stolen Mail] |
| RAYSHAWN DOMINIQUE GABOUREL, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1708]

On or about November 17, 2019, in Los Angeles County, within the Central District of California, defendant RAYSHAWN DOMINIQUE GABOUREL unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 962 pieces of mail and mail matter addressed to various individuals and businesses within Los Angeles County, Orange County, and elsewhere,

//

//

//

//

//

and at that time and place, defendant GABOUREL knew that said mail and mail matter were stolen.

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

BRIAN R. FAERSTEIN
Assistant United States Attorney
Environmental and Community
Safety Crimes Section